**Order entered February 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01104-CR
### No. 05-16-01105-CR

**EDWIN RIASCOS ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-81406-2015 & 219-82195-2016**

## ORDER

The Court has before it court reporter Indu Bailey's January 30, 2017 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before March 6, 2017.

/s/     LANA MYERS
         JUSTICE